**Bryan Blaney, Esq.**
**NORRIS, McLAUGHLIN & MARCUS**
A Professional Corporation
875 Third Avenue, 18th Floor
New York, New York 10022
(212) 808-0700
Attorneys for Defendant, Whitney E. Houston

DOCUMENT FILED ELECTRONICALLY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BARBARA HOUSTON,** | Civil Case No. 2:08-CV-5530 |
| Plaintiff, | <u>**RULE 7.1 DISCLOSURE STATEMENT**</u> |
| -vs- | |
| **WHITNEY HOUSTON** | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Whitney E. Houston (a private non-governmental party) certifies that for her and the referenced, wholly-owned company, Nippy, Inc., there are NO corporate parents, affiliates and/or subsidiaries of said party, Whitney E. Houston and the related company, Nippy, Inc., which are publicly held:

Dated: March 20, 2009

/s/Bryan Blaney
Bryan Blaney (BB0375)
875 Third Avenue, 18th Floor
New York, New York 10022
Telephone (212) 808-0700
Facsimile (212) 808-0844
Attorneys for Defendant, Whitney E. Houston