

# Norris McLaughlin & Marcus, P.A.
ATTORNEYS AT LAW

*Direct Dial: (917) 369-8885*
*Email: bblaney@nmmlaw.com*

March 20, 2009

Clerk
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building &
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      RE:    **Houston v. Houston**
                **District Court Docket No. 08-cv-5530**

Dear Sir/Madam:

      This firm represents Defendant Whitney Houston ("Houston") in connection with the above-referenced case. Enclosed for filing please find the Civil Cover Sheet, Answer to Amended Complaint and Counterclaims and Rule 7.1 Disclosure Statement.

                Very truly yours,

                /s/Bryan Blaney
                Bryan Blaney

Enclosures
cc:    Gilberto M. Garcia, Esq.


NY: 875 Third Avenue, 18th Floor  New York, NY 10022 • P: (212) 808-0700 • F: (212) 808-0844
NJ: 721 Route 202-206  Bridgewater, NJ 08807 • Mailing: P.O. Box 1018  Somerville, NJ 08876-1018 • P: (908) 722-0700 • F: (908) 722-0755
www.nmmlaw.com  E: info@nmmlaw.com