Gilberto M. Garcia, Esq.
Garcia and Kricko
Court Plaza South
West Wing, Suite 350
21 Main Street
Hackensack, New Jersey 07601
Tel (201) 525-0053
Fax (201) 525-0087
Email krickogarcia@aol.com

**DOCUMENT FILED ELECTRONICALLY**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

_____

| | |
|---|---|
| **BARBARA HOUSTON,** | Civil Case No. 2:08-CV-5530 |
| | (PGS/ES) |
| **Plaintiff,** | |
| vs. | NOTICE OF MOTION TO DIMISS |
| | COUNTERCLAIM |
| **WHITNEY HOUSTON** | |

_____

     **TO:**  Bryan Blaney, Esq.
           NORRIS, McLAUGHLIN & MARCUS
           875 Third Avenue, 8th Floor
           New York, New York 10022

     **PLEASE TAKE NOTICE** tha on June 21, 2010 at 9:00 a.m. or as soon thereafter as

counsel may be heard, Plaintiff/Counter-Defendant, Barbara Houston shall move before the

Honorable Peter G. Sheridan, at the United States Courthouse, Martin Luther King Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order in the form annexed hereto dismissing the Counterclaim pursuant to Fed. R. Civ. P. 12(b)(1)(6).

**PLEASE TAKE FURTHER NOTICE** that Barbara Houston shall rely upon the Memorandum of Law submitted herewith, as well as other pleadings on file in this matter.

/s/ Gilberto Garcia
_____
GILBERTO M. GARCIA,
ATTORNEY FOR BARBARA HOUSTON

Dated: May 19, 2010
      Hackensack, New Jersey