UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA HOUSTON,<br><br>        Plaintiff,<br><br>vs.<br><br>WHITNEY HOUSTON, et al.,<br><br>        Defendants. | **CLOSED**<br><br>Civil Action No.: 08-5530 (PGS)<br><br><br>**ORDER** |

This matter having been brought before the Court by Defendant Whitney Houston, pursuant to a motion for summary judgment, and by Plaintiff Barbara Houston, pursuant to a motion to dismiss for lack of jurisdiction; and the Court having considered the papers filed in support of and in opposition to the motions; and for the reasons stated on the record on October 20, 2010; and for good cause having been shown;

It is on this 20th day of October 2010 **ORDERED** as follows:

1. Defendant's motion for summary judgment is granted. (ECF No. 34.)

2. Plaintiff's motion to dismiss Defendant's counter-claim is granted without prejudice. (ECF No. 45.)

3. The complaint is dismissed with prejudice and the counter-claim is dismissed without prejudice.

                                                                          */s/ Peter M Sheridan*
                                                          PETER G. SHERIDAN, U.S.D.J.

October 20, 2010