Gilberto M. Garcia, Esq.
Garcia and Kricko
Court Plaza South
West Wing, Suite 350
21 Main Street
Hackensack, New Jersey 07601
Tel (201) 525-0053
Fax (201) 525-0087
Email krickogarcia@aol.com

**DOCUMENT FILED ELECTRONICALLY**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| **BARBARA HOUSTON,** | Civil Case No. 2:08-CV-5530 (PGS/ES) |
| Plaintiff, | |
| vs. | NOTICE OF MOTION FOR RECONSIDERATION PURSUANT TO LOCAL RULE 7.1(i) |
| **WHITNEY HOUSTON** | |

---

   **TO:** Bryan Blaney, Esq.
          NORRIS, McLAUGHLIN & MARCUS
          875 Third Avenue, 8th Floor
          New York, New York 10022

   **PLEASE TAKE NOTICE** that on a date designated by the Court, or as soon thereafter

as counsel may be heard, Plaintiff/Counter-Defendant, Barbara Houston shall move before the

Honorable Peter G. Sheridan, at the United States Courthouse, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Room 7000, Trenton, New Jersey 08608, for an Order of Reconsideration of its Order granting Summary Judgment to Defendant Whitney Houston, entered on October 20, 2010 (ECF Document 55) and permitting the Plaintiff to proceed with her case to trial.

**PLEASE TAKE FURTHER NOTICE** that Barbara Houston shall rely upon the Memorandum of Law submitted herewith, as well as other pleadings on file with the Court in this matter.

/s/ Gilberto Garcia
_____
GILBERTO M. GARCIA,
ATTORNEY FOR BARBARA HOUSTON

Dated: November 2, 2010
       Hackensack, New Jersey