Gilberto M. Garcia, Esq.
Garcia and Kricko
Court Plaza South
West Wing, Suite 350
21 Main Street
Hackensack, New Jersey 07601
Tel (201) 525-0053
Fax (201) 525-0087
Email krickogarcia@aol.com

**DOCUMENT FILED ELECTRONICALLY**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

_____

**BARBARA HOUSTON,**                                   **Civil Case No. 2:08-CV-5530**
                                                                                              **(PGS/ES)**
                                    **Plaintiff,**              **Honorable PETER G. SHERIDAN**
**vs.**
                                                                                   **NOTICE OF APPEAL**
**WHITNEY HOUSTON**

_____

          **PLEASE TAKE NOTICE** that Plaintiff, Barbara Houston, hereby appeals to the United

States Court of Appeals for the Third Circuit from the Judgment of the District Court Honorable

Peter G. Sheridan, dated October 20, 2010, and entered on October 20, 2010.


                                        /s/ Gilberto M. Garcia
                                        _____
                                        GILBERTO M. GARCIA, ESQ.
          Dated: November 18, 2010